IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

KEITH LEE WILLIAMS,

        Petitioner,

                                      Case No. 5D23-0601
v.                                    LT Case No. 2020-CF-002175

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed February 3, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Charlie Cofer, Public Defender,
and Amy Elizabeth Engelthaler,
Assistant Public Defender,
Jacksonville, for Petitioner.

No Appearance for Respondent.

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

November 18, 2022 judgment and sentence rendered in Case No. 2020-

CF-002175, in the Circuit Court in and for Duval County, Florida. <u>See</u> Fla.

R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EVANDER, WALLIS and MACIVER, JJ., concur.